*Mr. Walter B. Grant* for petitioner. *Mr. Edmund L. Jones* for respondents.

No. 652. T. W. WARNER CO. *v.* ANDREWS ET AL. February 18, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Eli J. Blair* for petitioner. *Messrs. Abraham M. Lowenthal* and *Allan C. Rowe* for respondents.

No. 654. RALPH A. FREUNDLICH, INC. ET AL. *v.* FLEISCHER STUDIOS, INC. ET AL. February 18, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Max Shlivek* for petitioners. *Mr. Louis Nizer* for respondents.

No. 721. MINCHELLA *v.* DOELL, WARDEN. March 4, 1935. Petition for writ of certiorari to the Supreme Court of Michigan, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Charles Minchella, pro se.* No appearance for respondent.

No. 642. VIEAU ET AL. *v.* SYRACUSE WASHING MACHINE CORP. ET AL. March 4, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Victor Levine* for petitioners. *Mr. John F. Neary* for respondents.

No. 645. FIRST NATIONAL BANK OF BEAVER FALLS *v.* UNITED STATES. March 4, 1935. Petition for writ of certiorari to the Court of Claims denied. *Messrs. John E.*

*Hughes* and *William Cogger* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Mr. James W. Morris* for the United States.

No. 646. RICHMOND HOSIERY MILLS *v.* ROSE, FORMER COLLECTOR OF INTERNAL REVENUE. March 4, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. W. A. Sutherland* and *Joseph B. Brennan* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Mr. James W. Morris* for respondent.

No. 656. PHILADELPHIA CONTRIBUTIONSHIP FOR THE INSURANCE OF HOUSES FROM LOSS BY FIRE *v.* MACLAUGHLIN, ADMINISTRATRIX. March 4, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Charles J. Biddle* and *F. E. S. Morrison* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. H. Brian Holland* and *Edward H. Horton* for respondent.

No. 664. MORLEY *v.* UNIVERSITY OF DETROIT. March 4, 1935. Petition for writ of certiorari to the Supreme Court of Michigan denied. *Mr. Don M. Harlan* for petitioner. No appearance for respondent.

No. 666. ATLANTIC COAST LINE R. Co. *v.* GILLIS. March 4, 1935. Petition for writ of certiorari to the Supreme Court of South Carolina denied. *Messrs. Thomas W. Davis* and *F. L. Willcox* for petitioner. *Mr. Louis M.*